STATE OF NEW JERSEY v. STEVEN BEVERLY.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE MOSES.

April 6, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN McCORKLE.

April 6, 1981.

Petition for certification denied.

BEVERLY JECZALIK v. THE VALLEY HOSPITAL.

April 6, 1981.

Petition for certification denied.

EVA M. WORRICK v. LEWIS KATZ.

April 6, 1981.

Petition for certification denied.  (See 178 *N.J.Super.* 269)